UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2008 NOV 12 PM 12: 11
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Hubbard | ) | INDICTMENT NO. CR404-00138-001 |

## ORDER

On March 31, 2008, the Honorable John F. Nangle denied Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c). On June 23, 2008, the Honorable John F. Nangle denied Defendant's Motion for Reconsideration (Doc. 21) of the Order dated March 31, 2008.

On October 27, 2008, Defendant filed a Motion to Supplement Motion for Reconsideration (Doc. 24). The Motion was reassigned to the Court on October 29, 2008.

Defendant apparently did not receive the Order entered by the Honorable John F. Nangle on June 23, 2008, which Order denied Defendant's Motion for Reconsideration. Defendant now requests that the Court consider additional information as to Defendant's Motion for Reconsideration. The Court has considered the additional information submitted by Defendant and, for the same reasons cited by the Honorable John F. Nangle in his Orders dated March 31, 2008, and June 23, 2008, **DENIES** Defendant's Motion.

**SO ORDERED**, this __12__ day of November, 2008.

_____
B. Avant Edenfield
United States District Judge
For the Southern District of Georgia